# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROBERT VINCENT LORIFICE,

Defendant.

Case No. 19CR0481-DMS

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or
- [ ] the Court has dismissed the case for unnecessary delay; or
- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or
- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or
- [ ] a jury has been waived, and the Court has found the defendant not guilty; or
- [ ] the jury has returned its verdict, finding the defendant not guilty;
- [x] of the offense(s) as charged in the Indictment/Information:

Ct 1 - 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute
Ct 2 - 21:841(a)(1) - Possession of Heroin with Intent to Distribute

Dated: 4/12/19

Hon. William V. Gallo
United States Magistrate Judge

FILED
APR 12 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY